UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBRAN KHALIL EDWARDS,<br><br>        Petitioner,<br><br>    v.<br><br>T VIRGA, Warden,<br><br>        Respondent. | NO. CV 12-10774-VAP (AS)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _February 5_, 2014

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE